# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

*******

| | |
|---|---|
| ABIEL OSORIO COTTO, <br> BENJAMIN OSORIO, <br> LUIS ENRIQUE CAMACHO MATTOS, <br> DAVID PAUL GAUTREAUX, <br> JEREMY SANTOS RAMIREZ, <br> NORBERTO RIVERA FRESE, <br> RAFAEL ERNESTO PASTRANA LUGO, <br> and DAVID LAMBERT, <br><br> Plaintiffs, <br> v. <br><br> TJ SUTTON ENTERPRISES, LLC <br> d/b/a TJ SUTTON, LLC, <br> AECOM, INC., AECOM CARIBE, LLP, <br> CITADEL RECOVERY SERVICES, LLC, <br> BLUEWATER CONSTRUCTION, INC, d/b/a <br> BLUE WATER STAFFING COMPANY, <br> THOMAS J SUTTON, <br> CELESTINO A. WHITE, SR, d/b/a <br> CELESTINO WHITE CONSULTING & <br> MANAGEMENT FIRM, <br> LEONARD RAMSEY, and JANE DOE, <br> (landlord), <br><br> Defendants. | 3:21-cv-00016 <br><br> COMPLAINT FOR DAMAGES <br> AND DECLARATORY RELIEF <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Aaron Halegua, Esq., *pro hac vice*, hereby enters his appearance as co-counsel for the Plaintiffs, and requests that copies of all correspondence, documents filed, and Orders in the above-captioned action be provided to him at his email address ah@aaronhalegua.com.

Dated: December 20, 2024

                              Respectfully submitted,

                              *s/ Aaron Halegua*
                              Aaron Halegua, Esq., *Pro Hac Vice*
                              524 Broadway, 11th Floor
                              New York, NY 10012
                              646-854-9061
                              ah@aaronhalegua.com

                              *s/ Peter J. Lynch*
                              Peter J. Lynch, Esq.
                              VI Bar No. 1256
                              Fuller & Lynch Advocacy Group, PLLC
                              FLAG LAW VI
                              PO Box 303300
                              St. Thomas, VI, 00803
                              (340) 201-5955 c
                              (340) 776-7801 o
                              (888) 481-4960 fax
                              pete@flaglawvi.com

                              *Counsel for Plaintiffs*

**Certificate of Service**

  I hereby certify, under penalties of perjury, that on this 20th day of December, 2024, I filed the foregoing document with the DC/ECF system, which serves a copy on the below-listed counsel of record:

            DUDLEY NEWMAN FEUERZEIG LLP
            *Attorneys for Citadel Recovery Services*

            Charles E. Lockwood, Esq.
            Gregg R. Kronenberger, Esq.
            V.I. Bar No. 1230
            1131 King Street, Suite 204
            Christiansted, St. Croix
            U.S. Virgin Islands 00820-4971
            (340) 773-3200 Telephone
            (340) 773-3409 Facsimile
            Email: clockwood@dnfvi.com
               gkronenberger@dnfvi.com


            BECKSTEDT & KUCZYNSKI LLP
            *Attorneys For AECOM & AECOM Caribe, LLP*

            Carl A. Beckstedt III, Esq. (VI Bar No. 684)
            2162 Church Street
            Christiansted, VI 00820
            Tel: 340-719-8086
            Fax: 800-886-6831
            Email: carl@beckstedtlaw.com
            amanda@beckstedtlaw.com


            LAW OFFICES OF JENNIFER JONES
            *Counsel for Leonard Ramsey d/b/a Ramsey Hotel*

            Jennifer Jones, Esquire (V.I. Bar No. 686)
            9003 Havensight Mall, Ste. 319
            St. Thomas, VI 00802
            (340) 779-7386 (Phone)
            (340) 714-5080 (Facsimile)
            Email: JJones@VIEnvironmentalLaw.com

MICHAEL L. SHEESLEY, P.C.
*Counsel for the Sutton Defendants
and Bluewater Construction, Inc.*

Michael L. Sheesley, Esq.
V.I. Bar #1010
Condo Torre Del Mar, Apt 2201
1477 Ashford Ave
San Juan, PR 00907
Telephone: (412)972-0412
Email: michael@sheesley-law.com

*s/ Aaron Halegua*
Aaron Halegua, Esq., *Pro Hac Vice*
524 Broadway, 11th Floor
New York, NY 10012
646-854-9061
ah@aaronhalegua.com